# EXHIBIT 1

EXHIBIT 1

# SHIPPING AND TRANSACTION AGREEMENT

**CUSTOMER INFORMATION**

Customer Name: Cynthia Punke
Street Address: 6735 County Road H
City / State / Zip: Athens, WI 54411
Email Address: cindypunke@yahoo.com
Evening Phone: 715-581-6735
Daytime Phone:

By signing below, I acknowledge that I have read, understand, and hereby agree to the terms set forth on the front and back of this Agreement

Dated: 03/09/2018       Customer's Signature: *Cynthia Punke*

---

**PHONE CALLS**

Initial Here: C P

By initializing in the space provided, and by your signature on this agreement, you hereby expressly authorize CM to telephone you at the number(s) provided above, irrespective of whether or not your telephone number appears in the "National Do Not Call Registry." 16 CFR§310.4(b)(1)(iii)(B)(i) and (ii).

---

Chase Metals (and its affiliates) (collectively, "CM") and the individual identified above ("Customer") agree that the following terms of this Shipping and Transaction Agreement ("Agreement") shall govern the pending and all future transactions between the parties involving all precious metals, in any form, that is the subject of all transactions between CM and Customer, and shall include, but is not limited to, bullion bars and coins, semi-Numismatic coins and bars, Numismatic coins and bars, "junk silver," and bags (and partial bags) of coins (collectively "Precious Metals.") This Agreement shall apply to all purchases from and sales to CM involving Customer, present and future. CM is not an investment advisor, consultancy, licensed brokerage, or banking institution.

1. **Delivery of Precious Metals Purchased**: Customer must deliver funds sufficient to cover the entirety of Customer's purchase from CM within five (5) business days of Customer's placement of the order ("Purchase Funds"). Purchase Funds may be delivered by check, credit card, or wire transfer. With the limited exception noted in Paragraph 8a, all sales, including credit card sales, are final (i.e., the Precious Metals cannot be exchanged or returned for a refund). Checks may be made out to Chase Metals (For wire transfer instructions, please contact your CM sales representative.) CM shall deliver the Precious Metals specified in Customer's order to a suitable delivery service for delivery to Customer no more than twenty-eight (28) days after CM verifies that the Purchase Funds provided are backed by good funds. (Please note that it may take 12 business days to verify personal checks.) If Customer fails to provide the Purchase Funds within five (5) business days of Customer's placement of the order, CM may exercise the rights set forth in Paragraph 4, below.

2. **Delivery of Precious Metals**: CM shall cause all Precious Metals purchased and paid for to be delivered to Customer's address set forth above. CM only uses reputable, nationally recognized delivery services to deliver its Precious Metals. If, however, Customer's order is lost prior to delivery, Customer is instructed to notify CM, in writing, immediately. Notice of any such alleged loss should be sent to: Chase Metals, Attention: Customer Service, 330 S Center St,
suite 407 Casper, WY 82601. If the delivery service verifies that Customer's Precious Metals were never delivered, CM shall, within forty-five (45) days of such verification, in its sole discretion, either refund to Customer the full purchase price for such undelivered Precious Metals or replace such Precious Metals with other Precious Metals of the same denomination/type and grade. CM assumes no responsibility for Precious Metals lost, damaged, stolen, or otherwise subject to casualty after delivery to Customer. CM assumes no risk of loss for any Precious Metals purchased from a Customer until such materials are delivered to and accepted by an authorized representative of CM.