# EXHIBIT 2

EXHIBIT 2

April 10th, 2018
INVOICE #[SF41018MB]

# metals.com
## The #1 Name In Metals

*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*
**Phone: 800-463-1326**
**Email: CORPORATE@METALS.COM**

## Cynthia Punke
## Purchase Invoice
## New Direction
## Acct# 1167700

**BILLING ADDRESS:**
*Metals.com*
*433 N. Camden Dr, Suite 970*
*BEVERLY HILLS, CA 90210*

**DELIVERY ADDRESS:**
*Delaware Depository Services Co.*
*3601 North Market Street*
*Wilmington, DE 19802*

## Comments or special instructions:

| DESCRIPTION | Quantity | Unit Price | AMOUNT |
|---|---|---|---|
| Silver - Buffalo Rounds .999 - 1.0 oz | 100 | $17.00 | $1,700.00 |
| Silver - Bar - 10.0 oz | 15 | $170.00 | $2,550.00 |
| Silver - Highland Mint Cornerstone Crown Rounds .999 - 1.0 oz | 100 | $17.00 | $1,700.00 |
| Silver - 2018 Polar Bear Coin .9999 - 0.5 oz | 5,649 | $26.02 | $146,986.98 |
| Gold - Canadian Maple Leaf Coin .9999 - 0.1 oz | 76 | $145.98 | $11,094.48 |
| Silver - Canadian Maple Leaf Coin .9999 - 1.0 oz | 90 | $17.70 | $1,593.00 |
| | | TOTAL | $165,624.46 |

RISK DISCLOSURE AND ACCOUNT AGREEMENT SIGNED AND UNDERSTOOD, Metals.com does not provide legal, tax, or investment advice. Nothing of the foregoing, or of any other written, electronic or oral statement or communication by Metals.com or its representatives, is intended to be, or may be relied as, legal, tax or investment advice, statements, opinions or predictions. Prior to making any investment decisions, please consult with the appropriate legal, tax, and investment professionals for advice.